AO 91 (Rev. 02/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Ohio

2009 AUG 14  PM 3:41

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Alexander Ruiz | ) Case No. 1:09 MJ 2038 |
| | ) |
| | ) |

_Defendant_

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of __05/26/2009__ in the county of __Cuyahoga__ in the __Northern__ District of __Ohio__ , the defendant violated __18__ U. S. C. § __1028(a)(2)__ , an offense described as follows:

knowingly transfer an identification document or false identification document knowing that such document was stolen or produced without lawful authority.

This criminal complaint is based on these facts:

see attached affidavit

☐ Continued on the attached sheet.

_____
_Complainant's signature_

Matthew J. Hamulak, Special Agent
_____
_Printed name and title_

Sworn to before me and signed in my presence.

Date: __8/14/09__

_____
_Judge's signature_

City and state: _____Cleveland, Ohio_____

U.S. Magistrate Judge Kenneth S. McHargh
_____
_Printed name and title_