UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:09MJ2038 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER OF DETENTION PENDING** |
| | ) | **HEARING** |
| | ) | |
| ALEXANDER RUIZ, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Upon motion for a continuance pursuant to Title 18, United States Code, Section 3142(f), made by counsel for plaintiff, it is hereby ordered that a detention hearing AND preliminary exam are set for **Thursday, August 20, 2009 at 1:30 p.m. before Magistrate Judge Kenneth S. McHargh.**

It is further ordered pending this hearing the Defendant shall be held in custody by the United States Marshal and shall be produced for the detention hearing.

IT IS SO ORDERED.

/s Kenneth S. McHargh    8/18/09
UNITED STATES MAGISTRATE JUDGE